\*\*Original Filed 1/12/2007\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case Number C 05-02200 JF<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>[re: docket no. 23] |

　　　Defendant San Jose Police Department ("SJPD") moves to dismiss the complaint filed by Plaintiff Dong Thanh Vo. The Court heard oral argument on January 12, 2007. For the reasons discussed below, the Court will dismiss the complaint with leave to amend.

**I. BACKGROUND**

　　　Plaintiff filed the instant complaint on May 31, 2005, naming defendants SJPD, Delta Towing, Inc., and the Department of Motor Vehicles of the State of California. Plaintiff alleges that his vehicle was improperly impounded by the SJPD; he requests relief in the form of the release of his vehicle and compensation for "suffering and/or unspecific damage(s)."

---

[1] This disposition is not designated for publication and may not be cited.

1   On October 19, 2005, the Court denied without prejudice Plaintiff's first application to
2   proceed *in forma pauperis*, concluded that it did not have subject matter jurisdiction. On March
3   1, 2006, the Court denied without prejudice Plaintiff's second application to proceed *in forma*
4   *pauperis*, again concluding that it did not have subject matter jurisdiction. The Court instructed
5   Plaintiff that it would not "grant any future application to proceed *in forma pauperis* if Plaintiff
6   has not amended his complaint such that it states a non-frivolous claim over which this Court has
7   jurisdiction." March 1, 2006 Order 2.

8   On September 29, 2006, Plaintiff filed an amended complaint. On October 3, 2006,
9   Plaintiff filed an amendment to this amended complaint. On October 25, 2006, SJPD moved to
10  dismiss the action against it for failure to state a claim upon which relief may be granted and for
11  lack of subject matter jurisdiction. Plaintiff filed opposition to the motion on January 12, 2007,
12  the same day that oral argument occurred.[2]

## II. DISCUSSION

14  The amended complaint does not state a discernible legal claim against the SJPD. It
15  appears that the dispute stems from the impounding of Plaintiff's vehicle, but Plaintiff does not
16  indicate what actions form the basis of his complaint against the SJPD. Nor does Plaintiff
17  identify a basis for the Court's subject matter jurisdiction; the parties are not diverse, and the
18  complaint does not identify a federal statute under which Plaintiff brings suit. Accordingly, the
19  Court will dismiss the complaint.

20  Defendant argues in its opposition that, even if Plaintiff were to bring an action under 42
21  U.S.C. § 1983, *Monell v. Department of Social Services*, 436 U.S. 658 (1978) would bar such an
22  action because it does not involve a municipal policy or custom. However, in the absence of any
23  reference in the complaint to 42 U.S.C. § 1983, the Court will not assume that any such
24  allegation would or would not claim the existence of an offensive municipal policy or custom.
25  Accordingly, the Court cannot conclude that amendment of the complaint would be futile, and it

---

[2] The Court has considered the papers untimely filed by Plaintiff. However, the Court directs Plaintiff that he must abide by the local rules in subsequent briefing. Civ. L.R. 7-3 requires that opposition be filed no later than 21 days before the hearing date.

1  will grant Plaintiff leave to amend the complaint.  As Defendant suggests in its opposition, any
2  amended complaint should name the proper governmental unit as the defendant.  In addition, the
3  Court strongly advises Plaintiff to seek legal advice, particularly a free consultation with the
4  Santa Clara County Bar Association.

### III. ORDER

6  Good cause therefore appearing, IT IS HEREBY ORDERED that the motion to dismiss is
7  GRANTED with leave to amend.  Plaintiff should file any amended complaint on or before
8  February 11, 2007.

10  DATED: January 12, 2007.

JEREMY FOGEL
United States District Judge

1   This Order has been served upon the following persons:

2   Nkia Desiree Richardson       cao.main@sanjoseca.gov, Eileen.Aparicio@sanjoseca.gov

3   Notice will be delivered by other means to:

4   Dong Thanh Vo
    Post Office Box 24
5   San Jose, CA 95103

Case No. C 05-02200 JF
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFLC1)