NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>   Defendants. | Case Number C 05-02200 JF<br><br>ORDER[1] GRANTING MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT<br><br>[re: docket no. 31] |

On January 12, 2007, the Court dismissed Plaintiff Dong Thanh Vo's complaint with leave to amend. The Court required that any amended complaint be filed on or before February 11, 2007. On February 14, 2007 Plaintiff moved for an extension of time to file an amended complaint. The Court has not received opposition to the motion. The motion states the following reasons for the delay in filing an amended complaint:

> Difficulty re. weather, unintended legal file(s) miss-managed, and w/in mean(s) authority of Civil L-R 3.12(2)(1) and re. (see original filed 07 Jan 12 AM 9:12 person(s) named page 5, 6)

Motion 1. While the motion is unclear and does not provide a reasonable explanation of the

---

[1] This disposition is not designated for publication and may not be cited.

1  delay, the Court is aware of Plaintiff's *pro se* status and Plaintiff's apparent desire to submit an
2  amended complaint. In light of the liberality granted to *pro se* litigants, the Court concludes that
3  it should grant a final, brief extension to Plaintiff at this time. Plaintiff shall file any amended
4  complaint on or before March 12, 2007. The Court strongly recommends that Plaintiff consult an
5  attorney and warns Plaintiff that further failure to abide by the Court's deadlines will result in
6  dismissal of the case.

8  DATED: February 23, 2007.

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-02200 JF
ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Nkia Desiree Richardson     cao.main@sanjoseca.gov, Eileen.Aparicio@sanjoseca.gov

3 | Notice will be delivered by other means to:

4 | Dong Thanh Vo
Post Office Box 24
5 | San Jose, CA 95103

Case No. C 05-02200 JF
ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT
(JFLC1)