**Original Filed 4/5/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>              Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>             Defendants. | Case Number C 05-2200 JF<br><br>ORDER[1] DENYING PETITION TO STAY PROCEEDINGS<br><br>[re: docket no. 38] |

On March 29, 2007, Plaintiff Dong Thanh Vo filed a document entitled "Petition to Stay Proceeding From State Court." The document bears the caption "Re. The Matter Petition of Teresa Ann Gordon Petitioner(s)." Plaintiff appears to ask the Court to stay proceedings in the Santa Clara Superior Court, but he does not identify the specific proceedings at issue or provide any explanation as to why this Court should interfere with such proceedings. The document includes what appears to be a record from a criminal proceeding against Teresa Ann Gordon

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-2200 JF
ORDER DENYING PETITION TO STAY PROCEEDINGS
(JFLC1)

1  ("Gordon")² as well as a letter from the Social Security Administration denying benefits to
2  Gordon, but nothing in either document indicates why Plaintiff believes that he is entitled to the
3  relief that he appears to seek.  Accordingly, the petition will be DENIED.

5  IT IS SO ORDERED.

7  DATED: April 5, 2007.

                                                                       _____
                                                                       JEREMY FOGEL
                                                                       United States District Judge

---

²  Gordon is not a party to the instant action.  Plaintiff makes reference to an "Intervenor" in the document.  If he and/or Gordon intend for Gordon to serve as an intervenor in this action, they should follow all applicable rules.

1   This Order has been served upon the following persons:

2   Nkia Desiree Richardson        cao.main@sanjoseca.gov, Eileen.Aparicio@sanjoseca.gov

3

4   Notice will be delivered by other means to:

    Dong Thanh Vo
5   Post Office Box 24
    San Jose, CA 95103
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28