**E-Filed 7/16/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DONG THANH VO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case Number C 05-2200 JF<br><br>ORDER[1] RE DOCUMENT RECEIVED FROM PLAINTIFF<br><br>[re: docket no. 49] |

　　　　On June 4, 2007, the Court dismissed the instant action and entered judgment for Defendants. On June 22, 2007, Plaintiff filed a document entitled "Plaintiff Notice of Objection to Judgment Dated June, 04, 07 According to B.L.R. 9033-1(a),(1),(2)." The body of the document does not make clear what relief Plaintiff seeks. To the extent that Plaintiff seeks relief from the judgment, that motion is denied. While the document states a hearing date of August 3, 2007, that date has not been reserved with the Court. Since judgment has been entered against him, Plaintiff's remedy now lies with the Ninth Circuit Court of Appeals. Plaintiff should follow the applicable rules for the notice and filing of any appeal.

---

　　　　[1] This disposition is not designated for publication and may not be cited.

1
2   IT IS SO ORDERED.
3
4   DATED: July 16, 2007.
5
6
7                                    _____
                                     JEREMY FOGEL
8                                    United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1  This Order has been served upon the following persons:

2  Nkia Desiree Richardson     cao.main@sanjoseca.gov, Eileen.Aparicio@sanjoseca.gov

3
   Notice will be delivered by other means to:
4

   Dong Thanh Vo
5  Post Office Box 24
   San Jose, CA 95103
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-2200 JF
ORDER RE DOCUMENT RECEIVED FROM PLAINTIFF
(JFLC1)