**E-Filed 12/14/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>               Plaintiff,<br><br>   v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>               Defendants. | Case Number C 05-2200 JF<br><br>ORDER[1] RE DOCUMENT RECEIVED FROM PLAINTIFF<br><br>[re: docket no. 52] |

      On June 4, 2007, the Court dismissed the instant action and entered judgment for Defendants. On June 22, 2007, Plaintiff sought reconsideration of the judgment. That motion was denied on July 16, 2007. On December 12, 2007, Plaintiff filed a document entitled "Notice of Motion. Defendant's Notice of Motion For Summary Judgement [sic] 'Effective Immediatelly [sic]' in Extended of Time Until 1:30 pm, February 13, 2008, in Order to Oppose, Answer, Comply and/or Correction Motion Support w/ Direct Document(s) Evidence(s), et al." The body of the document does not make clear what relief Plaintiff seeks. To the extent that Plaintiff seeks relief from the judgment, that motion is denied. In the Order denying his motion for

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-2200 JF
ORDER RE DOCUMENT RECEIVED FROM PLAINTIFF
(JFLC3)

1  reconsideration dated July 16, 2007, the Court specifically advised Plaintiff that since judgment
2  has been entered against him, his remedy was with the Ninth Circuit Court of Appeals and that
3  he should follow the applicable rules for the notice and filing of any appeal.  To date, Plaintiff
4  has not filed an appeal.

6  IT IS SO ORDERED.

8  DATED: December 14, 2007.

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-2200 JF
ORDER RE DOCUMENT RECEIVED FROM PLAINTIFF
(JFLC3)

1 | This Order has been served upon the following persons:

2 | Nkia Desiree Richardson    cao.main@sanjoseca.gov, Eileen.Aparicio@sanjoseca.gov

3

4 | Notice will be delivered by other means to:

Dong Thanh Vo
5 | Post Office Box 24
San Jose, CA 95103

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-2200 JF
ORDER RE DOCUMENT RECEIVED FROM PLAINTIFF
(JFLC3)