\*\*E-Filed 8/27/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case Number 5:05-cv-02200-JF (HRL)<br><br>ORDER[1] RE DOCUMENT FILED BY PLAINTIFF ON AUGUST 20, 2010<br><br>[re: docket no. 54] |

On August 20, 2010, Plaintiff filed a document titled "Plt's Notice Of Refill (Renewal)." This document has no legal effect. This action was dismissed without leave to amend, and judgment was entered in June 2007. The Court subsequently issued orders dated July 16, 2007 and December 14, 2007 addressing post-judgment filings by Plaintiff. Plaintiff shall not file any further documents in this case.

IT IS SO ORDERED.

DATED: August 27, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:05-cv-02200-JF (HRL)
ORDER RE DOCUMENT FILED BY PLAINTIFF ON AUGUST 20, 2010
(JFLC2)

1  This Order has been served upon the following persons:

3  Dong Thanh Vo
   Post Office Box 24
4  San Jose, CA 95103

5  Nkia Desiree Richardson          cao.main@sanjoseca.gov, Eileen.Aparicio@sanjoseca.gov

2

Case No. 5:05-cv-02200-JF (HRL)
ORDER RE DOCUMENT FILED BY PLAINTIFF ON AUGUST 20, 2010
(JFLC2)